[No. 47305-1-I. Division One. December 31, 2001.]

*In the Matter of the Marriage of* LIDIA B. MOCAN, *Respondent,* and LEMUEL J. MOCAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-3-04795-1, Peter D. Jarvis, J., entered August 25, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, C.J., and Ellington, J.

[No. 47338-7-I. Division One. December 31, 2001.]

CATHERINE BICH LE, *Appellant,* v. GARY ANDERSON, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 99-2-15273-5, James A. Doerty, J., entered July 21 and September 5, 2000. *Reversed* by unpublished opinion per Webster, J., concurred in by Coleman and Ellington, JJ.

[No. 47762-5-I. Division One. December 31, 2001.]

JOHN I. HALL, *Appellant,* v. ROCKET CONSTRUCTION, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-26467-5, Palmer Robinson, J., entered November 2, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Grosse and Cox, JJ.

[No. 19626-7-III. Division Three. January 3, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. RICARDO DONTEA ELMORE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 99-8-00950-5, David M. Thorn, J. Pro Tem., entered September 13, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.